| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § | NO. 1:19-CR-146-MAC |
| JIMMY JAMES MAMOTH, JR., | | |
| Defendant. | | |

### ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S MOTION TO DISMISS FOR PROSECUTORIAL MISCONDUCT

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and entry of proposed findings and recommended disposition. Judge Hawthorn issued his Report and Recommendation on the Defendant's Motion to Dismiss for Prosecutorial Misconduct and recommended that the court deny the motion. (Doc. No. 185.)

Mamoth received a copy of Judge Hawthorn's Report and Recommendation on December 14, 2020. (Doc. No. 203.) The parties have not objected to the magistrate judge's findings, and the time for doing so has passed. The court **ORDERS** that the Report and Recommendation is **ADOPTED** and Defendant's Motion to Dismiss for Prosecutorial Misconduct (Doc. No. 91) is **DENIED**.

SIGNED at Beaumont, Texas, this 5th day of January, 2021.

_Marcia A. Crone_
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE