| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. 1:19-CR-146-MAC |
| | § | |
| JIMMY JAMES MAMOTH, JR., | § | |
| | § | |
| Defendant. | § | |

## ORDER ADOPTING FINDINGS OF FACT AND RECOMMENDATION ON DEFENDANT'S MOTIONS TO DISMISS INDICTMENT

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration and entry of proposed findings and recommended disposition. Judge Hawthorn issued his Report and Recommendation on the Defendant's Motions to Dismiss Indictment and recommended that the court deny the motions. (Doc. No. 186.)

Mamoth received a copy of Judge Hawthorn's Report and Recommendation on December 14, 2020. (Doc. No. 203.) The parties have not objected to the magistrate judge's findings, and the time for doing so has passed. The court **ORDERS** that the Report and Recommendation is **ADOPTED** and Defendant's Motions to Dismiss the Indictment (Doc. Nos. 75, 85) are **DENIED**.

SIGNED at Beaumont, Texas, this 5th day of January, 2021.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE